IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **JENNIFER MCCLELLAND and BRAD MCCLELLAND A/N/F of JOLIE MCCLELLAND,** | § § § § | |
| *Plaintiffs,* | § § | **CIVIL ACTION NO. 1:20-cv-00096** |
| VS. | § § | |
| **A&B GROUP, INC. and CODY P. THOMPSON,** | § § § § | |
| *Defendants.* | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT: Defendants A&B Group, Inc. and Cody P. Thompson ("Defendants") hereby provide written notice to the Court that Plaintiffs Jennifer McClelland and Bradd McClelland a/n/f of Jolie McClelland and Defendants (collectively "the parties") have agreed to settle all matters in dispute with regard to this cause of action. The parties are currently in the process of preparing and executing appropriate release and dismissal documents.

Respectfully submitted,

*/s/ Regan G. Pearson*
Daniel P. Buechler
State Bar No. 24047756
Regan G. Pearson
State Bar No. 24102341

THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: dbuechler@thompsoncoe.com
Email: rpearson@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, a true and correct copy of the foregoing was served on counsel via electronic notice and/or certified mail, return receipt requested:

Christopher T. Kirchmer
Provost & Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
Telephone: (409) 835-6000
Facsimile: (409) 838-8888

**ATTORNEY FOR PLAINTIFFS**

*/s/ Regan G. Pearson*
Daniel P. Buechler
Regan G. Pearson