IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JENNIFER MCCLELLAND and BRAD MCCLELLAND A/N/F OF JOLIE MCCLELLAND, §§§§§<br><br>*Plaintiffs,* §§<br><br>v. §§<br><br>A&B GROUP, INC., and CODY P. THOMPSON, §§§§<br><br>*Defendants.* § | CIVIL ACTION NO. 1:20-CV-00096<br>JUDGE MICHAEL TRUNCALE |

### ORDER DISMISSING REMAINING CLAIMS WITH PREJUDICE

Before the Court is the Stipulation of Dismissal with Prejudice filed by Plaintiff Bradd McClelland a/n/f of Jolie McClelland. [Dkt. 26]. Plaintiff seeks a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Counsel has represented to the Court that the Minor Plaintiff had no damages in this matter so no hearing to approve a settlement was necessary and the Minor Plaintiff through her Next Friend, Bradd McClelland, is seeking a dismissal with prejudice. The Court notes that the claims of Plaintiff Jennifer McClelland were previously dismissed with prejudice. [Dkt. 28]. To the extent that Plaintiff Bradd McClelland a/n/f of Jolie McClelland's dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 14th day of February, 2022.**

Michael J. Truncale
United States District Judge